U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2019 MAR 14  PM 4: 27

CLERK

BY
DEPUTY CLERK

UNITED STATES OF AMERICA   )
                           )
        v.                 )
                           )   5:19-CR-43-1
BRYAN WRIGHT               )

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about February 11, 2019, in the District of Vermont, the defendant BRYAN WRIGHT, then being an unlawful user of and addicted to a controlled substance as defined in 21 U.S.C. § 802, knowingly possessed in and affecting interstate commerce firearms, including: a Colt .38 caliber revolver bearing serial number 21567; a Sturm, Ruger & Co. Model M77 Mark II .338 Winchester Magnum caliber rifle bearing serial number 782-27977; a Sturm, Ruger & Co. Model Mini 14 .223 caliber rifle bearing serial number 184-44309; a Sturm, Ruger & Co. Model 10/22 Carbine .22 caliber rifle bearing serial number 116-54205; a FN .308 caliber bolt-action rifle bearing serial number 7309; a Winchester Model 94 .30-30 Winchester caliber rifle bearing serial number 2387312; a Winchester Model 190 .22 caliber rifle bearing serial number B1405706; a Remington Model 870 Wingmaster 12 gauge shotgun bearing serial number V621665V; a Harrington & Richardson Model Topper 88 12 gauge shotgun bearing serial number AU565412; a Harrington & Richardson Model 865 Plainsman .22 caliber rifle with no serial number; a Harrington & Richardson Model 865 Plainsman .22 caliber rifle with no serial number; a Stevens Model 58 16 gauge shotgun with no serial number; a Colt M4 .22 caliber rifle

bearing serial number BP002903; a Brescia 6.5mm rifle bearing serial number BO9733; a Remington Model 740 .30-06 Springfield caliber rifle bearing serial number 255251; a Remington Model 742 .308 Winchester caliber rifle bearing serial number 6902599; a Stoeger Industries Model 2000 12 gauge shotgun bearing serial number 017239; and a Remington Model 870 Express Magnum 12 gauge shotgun bearing serial number A636251M.

(18 U.S.C. § 922(g)(3))

A TRUE BILL

FOREPERSON

Christina E. Nolan (SJW)
United States Attorney
Burlington, Vermont
March 14, 2019