```
U.S. DISTRICT COURT
DISTRICT OF VERMONT
       FILED

2023 MAY 23  PM 4:27

       CLERK
BY_____
     DEPUTY CLERK
```

Second Amended Prob 12
(D/VT Rev. 11/16)

## UNITED STATES DISTRICT COURT
### For The
### DISTRICT OF VERMONT

U.S.A. vs. Bryan Wright                    Docket No. 5:19CR00043-001

### Second Amended Petition on Probation and Supervised Release

COMES NOW ALISHA WAITE, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Bryan Wright, who was placed on supervision by the Honorable Geoffrey W. Crawford sitting in the Court at Burlington on November 1, 2022, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

You must participate in a mental health program approved by the United States Probation Office. You shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United Stated probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search much be conducted at a reasonable time and in a reasonable manner.

You must participate in substance abuse treatment, which may include a substance abuse assessment with a licensed substance abuse provider, and abide by any programmatic treatment recommendations. This program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the cost of services rendered based on ability to pay or the availability of third-party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.

You must complete 25 hours of community service within the first 6 months of supervised release. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(if short insert here; if lengthy write on separate sheet and attach)

1. **Mandatory Condition 3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from**

**imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

On or about February 6, 2023, the defendant used a substance containing cocaine as evidenced by a urine sample provided by the defendant on that date which subsequently confirmed positive for the presence of the cocaine metabolite.

On an unspecified date in or about March 2023, the defendant used a substance containing cocaine as evidenced by a sweat patch worn by the defendant from March 6, 2023 to March 13, 2023, which confirmed positive for the presence of cocaine and the cocaine metabolite.

On an unspecified dates in or about April 2023, the defendant used a substance containing cocaine as evidenced by multiple sweat patches worn by the defendant from April 6, 2023 to April 14, 2023, from April 14, 2023 to April 21, 2023, from April 21, 2023 to April 27, 2023, and from April 27, 2023 to May 8, 2023, which all confirmed positive for the presence of cocaine and the cocaine metabolite.

PRAYING THAT THE COURT WILL AMEND this Petition and order the issuance of a summons so that Bryan Wright may appear before the Court to show cause why his term of supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this 23rd day of May, 2023, and ordered

filed and made a part of the records in the above case.

_____
Chief Judge, U.S. District Court

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2023

Alisha Waite
U.S. Probation Officer
Place: Burlington

Date: May 23, 2023