NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                      Case No. 5:19-cr-43-1

Bryan Wright

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Friday, June 16, 2023 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for an Initial Appearance on Revocation of Supervised Release.

Location: Courtroom 110                                    JEFFREY S. EATON, Clerk
                                                                         By: */s/ Emerson Howe*
                                                                          Deputy Clerk
                                                                          5/24/2023

TO:

Barbara A. Masterson, AUSA

Mark D. Oettinger, Esq.- summons  to issue

Sunnie Donath, Court Reporter