NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                        Case No. 5:19-cr-43-1

Bryan Wright

TAKE NOTICE that the above-entitled case has been scheduled at 11:30 AM on Friday, July 21, 2023 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Final Hearing re: Revocation of Supervised Release.

| | |
|---|---|
| Location: Courtroom 110 | JEFFREY S. EATON, Clerk<br>By: /s/ Emerson Howe<br>Deputy Clerk<br>7/7/2023 |

TO:

Barbara A. Masterson, AUSA

Mark D. Oettinger, Esq.

Sunnie Donath, Court Reporter