UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 5:19-cr-00043-gwc-1 |
| ) | |
| BRYAN WRIGHT ) | |

**DEFENDANT'S MOTION TO CONTINUE**

NOW COMES Defendant, Bryan Wright, by and through his undersigned attorney, Mark D. Oettinger, of Montroll, Oettinger & Barquist, P.C., and requests that the Final Revocation Hearing currently scheduled for 11:30 AM on July 21, 2023, be postponed.

Defendant is currently engaged in long term residential drug and alcohol treatment in Burns, Tennessee. That program is of unknown duration, but is long term and immersive. On information and belief, Defendant is acclimatizing well to the program, and would like to take maximum advantage of the resources that it affords him. For the foregoing reasons, Defendant respectfully requests that his July 21, 2023, Final Revocation Hearing be continued.

Pursuant to Local Rule 7(a)(7), defense counsel has communicated with AUSA Masterson about this Motion, and she does not object.

DATED at Burlington, Vermont this 17th day of July 2023.

Respectfully submitted,

_Mark D. Oettinger_
Mark D. Oettinger, Esq.
Attorney for Bryan Wright
Montroll, Oettinger & Barquist, P.C.
126 College Street, Suite 400
P.O. Box 1045
Burlington, VT 05402
(802) 540-0250
moettinger@mblawoffice.com