REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                              Case No. 5:19-cr-00043-1

Bryan Wright

TAKE NOTICE that the above-entitled case has been rescheduled at 01:30 p.m. on Friday, November 17, 2023 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Final Hearing re: Revocation of Supervised Release.

Location: Courtroom 110                            JEFFREY S. EATON, Clerk
*RESCHEDULED FROM 7/21/2023 at 11:30 AM*        By: */s/ Sharrah J. LeClair*
                                                                              Deputy Clerk
                                                                                 10/2/2023

TO:

Barbara A. Masterson, AUSA

Mark D. Oettinger, Esq.

Sunnie Donath, Court Reporter