REVISED NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

    v.                                           Case No. 5:19-cr-00043-1

Bryan Wright

TAKE NOTICE that the above-entitled case has been rescheduled at 02:30 p.m. on Wednesday, January 17, 2024 in Rutland, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Final Hearing re: Revocation of Supervised Release.

Location: Main Courtroom, 2nd Floor           JEFFREY S. EATON, Clerk
*RESCHEDULED FROM 1/19/2024 at 03:00 PM*     By: */s/ Sharrah J. LeClair*
                                                                            Deputy Clerk
                                                                            12/8/2023

TO:

Barbara A. Masterson, AUSA

Mark D. Oettinger, Esq.

Sunnie Donath, Court Reporter